FILED

10 MAY 12 PM 1:22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**NOT FOR PUBLIC VIEW**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DEBBIE JEAN DELGADO,<br>Defendant. | 10CR112-JM<br>Magistrate Case No: 09MJ9569-RBB<br><br>**ORDER FOR APPROVAL OF HOTEL EXPENSE**<br><br>Honorable Ruben B. Brooks |

TO THE UNITED STATES ATTORNEY KAREN HEWITT OR HER REPRESENTATIVE AND TO ATTORNEY FOR DEFENDANT.

Upon review of the Motion for Approval of the hotel expense filed by Linda A. King, attorney for the material witnesses, I find good cause to grant the application for hotel expense.

The Court hereby grants the Motion to Allow for Requested reimbursement.

Date: RECEIVED MAY 11 2010

_____
Ruben B. Brooks
United States Magistrate Judge

Order to approve hotel expense

1